Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

Civil



| | |
|---|---|
| Michael Ray Sigmon | Case No. 2:25-cv-00029 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)* ✓ Yes ☐ No |
| West Virginia et al | |
| *Defendant(s)* | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Ray Sigmon |
| Street Address | 100 Davidson Avenue |
| City and County | Charleston |
| State and Zip Code | West Virginia 25306 |
| Telephone Number | 443-613-1355 |
| E-mail Address | leothelion8@msn.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Jim Justice
- Job or Title (if known): Governor
- Street Address: 1900 Kanawha Blvd. E
- City and County: Charleston Kanawha
- State and Zip Code: 25305
- Telephone Number: 304.558.2000 or 1.888.438.2731
- E-mail Address (if known):

Defendant No. 2
- Name: Joe Manchin
- Job or Title (if known): Senator
- Street Address: 900 Pennsylvania Ave #629
- City and County: Charleston Kanawha
- State and Zip Code: West Virginia 25301
- Telephone Number: (304) 342-5855
- E-mail Address (if known):

Defendant No. 3
- Name: Debra Rusnak
- Job or Title (if known): Prosecuting Attorney
- Street Address: 301 Virginia Street East
- City and County: Charleston Kanawha
- State and Zip Code: West Virginia 25301
- Telephone Number: (304) 357-0300
- E-mail Address (if known):

Defendant No. 4
- Name: Joseph H. Crawford
- Job or Title (if known): Sheriff
- Street Address: 301 Virginia Street East
- City and County: Charleston Kanawha
- State and Zip Code: West Virginia 25301
- Telephone Number: 304-357-0216
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendments 1,4,5,6 and 8, 18 USC 373, 18 USC 594, 18 USC 1001, 34 USC 60901, 18 USC 3, 18 USC 4, 18 USC 16, 18 USC 373, 18 USC 595, 18 USC 873, 18 USC 880, 18 USC 1001, 18 USC 1111, 18 USC 1113, 18 USC 1117, 18 USC 1512, 18 USC 3161, 34 USC 60901.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Case 2:25-cv-00029   Document 1   Filed 01/17/25   Page 4 of 8 PageID #: 4

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,400,000 the true amount of my inheritance that was allowed to be stolen from me.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was threatened by police to be shot if I didn't say Trump won in 2020. My mom was murdered by the Pauley's and my inheritance stolen. I was attacked in my own house and tasered by deputy sheriff HR Shamblin whom I believe is the uncle of Charles D. Pauley, Jr. I've been harassed by police. Ever since I arrived here to West Virginia to visit my 87 year old dear mother, you all have treated me so ignorantly, murdered my mother, stole my inheritance and tried to kill me, have me committed or imprisoned. I found blood all over my mother's living room floor and asked a dozen Deputy Sheriff's to investigate and they gave me nothing but excuses why they would not, including threatening to shoot me if I called the police again. I was told lie after lie from Deputy Sheriff's.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want all the fictitious criminal and civil charges against me dismissed and the record expunged immediately. I want the Kanawha County Sheriff's to finally investigate my mother Mary's murder some 21 months ago. I want the Deputy Sheriff's to stop harassing me because of my beliefs. I want my US Constitutional Rights returned to me asap. I want my full inheritance now and I want all of the ones who conspired to murder my mother and steal my inheritance to be prosecuted to the fullest extent of the law.

I want to be able to run for West Virginia senate or congressman is I so choose to and not be murdered by MAGA simply because I am progressive. I want all the Deputy Sheriff's whom are dirty to have their guns and badges taken away and have to face jail just like I did, except for one fact, that I was innocent. I've never done a damn thing and calling my mother's murderer names on social media is protected free speech. I want to be allowed to leave West Virginia and run for Congressman away from this republican stronghold if I so choose to. I was a victim of election interference.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/16/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Michael Ray Sigmon

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Complaint for a civil case III Statement of Claim extra pages**

The Pauley's had me arrested for messaging them on facebook after murdering my mother and reporting to the probate court that my mother's estate is suddenly $1,000,000 short.

Miraculously my share of my dead democrat dad's life's savings from working at Bethlehem Steel and also my dead Marine Brother Mark's IRA.

The paper my mom gave me shows 2 dozen or so Ira's, Cd's, checking, savings, etc totaling nearly $1,400,000 yet Charles D. (Pete) Pauley, Sr who is the executor of my mother's estate has not said but 3 sentences to me my entire life. I never even knew he existed until 2 years ago. His wife Donna said I was going into a mental ward so she can steal my inheritance for which she has already done so.

The Pauley's had been setting traps for mother to die ever since Herbert Barker spit in my dying dad's face on his death bed.

So, I get through the first 6 months protective order against me for vulgar language on facebook then as soon as I was in the clear, his son Charles D. (Pete) Pauley, Jr starts badmouthing me again threatening to end my life.

So, Charles D. Pauley, Jr filed yet another 2nd emergency protective order but this time and as soon as he got home from the magistrate court he insults me out of the blue on facebook. It appears as soon as he thought he has something over me he was going to provoke me so I laid into him calling him every queer name in the Merriam Websters unabridged dictionary and was still giving him hell when the police cut all the power to my entire house.

So, I look outside and like 4-5 flashlights hit me in the eyes blinding me. One shadow joked #prideboys are here, the other shadow joked #queeranon are her. They joked they were here to kill me.

The Deputy Sheriff's troll all my posts on facebook, twitter and youtube. The one cop even said he was looking over Pete Pauley, Jr's shoulder as I typed in on facebook that he was a murderer and a thief. Isn't that like, entrapment?

Anyhow, they never took the damn lights out of my eyes, so it was like "fight or flight". I'm from Baltimore, so "Of Course", that's for you Cenk, I chose

"Fight". I said show me your badge, name plate and warrant. Neither would, I then said, I am taking one step back. So, I did. Then down in the lower left corner of my vision as I was staring right into his eyes, I seen a muzzle flash. Then I heard I lady shadow say, did you just shoot him? Then the 1st shadow says, "I don't know what went wrong, I am sure I loaded real bullets, then she says "don't kill him" just then as a 3rd shadow says "I bet he isn't going to ask me for his "Mountain Progressive" Party presidential vote now, ha ha ha".

Then I hear a 4th shadow laugh and a 5th one pulls on to join in the raid.

The 1st shadow then says "damn. I got to taser him now". So he pistol whips me in the left side of my head and knocks me back a few feet. I put out my right forearm to stop him from killing me and then he tasers me and tackles me to the back living room wall some 15' from the front door from which I was just standing in front of. Starts punching on me he almost broke my neck with his knee on it was the lady cop at that time kept telling him to "stop, you are going to kill him'. This 1st cop says "I don't fucking care". Then, as my arms and hands are shaking in pain like a shocked zombie he says "stop resisting". I said, I'm not resisting I can't control my hands and arms because you are still tasering me. Then he repeats "Stop resisting" as he then punches me in the back and gets me in a head lock, so I just said "I give up". It didn't do any good, he kept tasering me until the 3rd, 4th and 5th cop pulled him off of me.

Then handcuffed me took me to jail and charged me with violation the emergency protective order that the same 5th cop that showed up was here the night before serving by throwing it at me and would not even explain what they hell it was, so I didn't care to read it.

They then charged me with "assaulting a police officer" for putting out my right forearm as not to get murdered by the police but they never proved any of it with just lights in my eyes like a Deer in the headlights, a sitting "duck".

So, again they also charged me for "fleeing a police officer" for flying 15-foot backwards across my living room floor and tackling me. To top it all off he adds a "resisting arrest" because as I was being tasered and didn't even have control of my arms and hands I could not put them behind my back.

Then come to find out the medic arrives as I am bleeding all over my front porch and it appears the taser put my heart back in afib.

Took me to jail in my underwear and left my door unlocked and wallet and checking book in bedroom. The lady cop did appear to stretch an arrest warrant

into a search warrant and took it upon herself to venture into my bedroom for my bedroom slippers and a shirt.

So, I spend 10 days in jail on a $2,700 bail. I had a blank check in my wallet that would have gotten me out 9 days earlier.

I was not allowed to take any medication with me. Although the medical side of the jail staff was kind to me, I had no Flovent inhaler or Afib medication or rescue inhaler for COPD. So every 6 hours they had to give me liquid albuterol through the machine and went through like 5 O2 tanks before they found a O2 machine. It is horrible not being able to breath, yet in jail when you know they are not going to rush to help you.

After 10 days at bail review the judge let me go on my own reconnaissance.

After I 1st arrived in West Virginia back in 2022 a Deputy Sheriff stopped me from excising with my soccer ball at Riverside High school then he placed his hand on his firearm and said he would blow my head off if I didn't say Trump won the election. Then forced a breathalyzer test on me after accusing me of being intoxicated. I blew a 0.0 so then he forced me into a Ambulance to have an EKG to prove what I said was try that I was not drunk at all, my heart was in Afib and I was exercising to try and get my heart back in rhythm.