## In the United States District Court for the

## Southern District of West Virginia

Michael Ray Sigmon

v.

West Virginia, et al

2-25-cv-00029



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Answer to findings and recommendations

It is not my job to investigate murder and theft. That is the Sheriff's job, and the prosecutor tries them in court. I tried, you idiots keep dismissing all my claims because I am upset that a serial killer raped and murdered my very own daughter and I got angry. My aunt had my mother murdered and I got even angrier while you Maga judges just want to profit from high profile cases like Elon Musk who admitted to me he bribed senior judge Frank Volk to make his case go away. Am I lying now? Yes, but you can't prove hearsay so go ahead and try, whichever you next move is senior Judge Frank Volk it is already moot. You cannot appoint any more judges because you are a huge load of bias or conflict since you stand to profit anytime a Maga moron chooses to pay you under the table. We all know by now that all 3 branches of government is run like a Bumbling Crump Brothers 3 ring circus.

You make me all sick and tired of all your gay, faggot, queer homosexual trans phobia vibes. Good luck trying to get Jesse B. Watters and Greg Guttfeld to report honestly about your parts in my block bluster film "The Grinder" which will star transexuals purposely playing your parts and corrupt judges in the movie. Think I give a flying fuck if

you don't like me cussing in court? As Elon Musk would say, 'go fuck yourself'. It didn't cost me a goddamn dime to say that either and I know you are going to read that Senior Judge Frank Volk except by the time you do, I'll be gone from West Virginia, and I dare you to even think about trolling me…again.

Remove me at once from your FBI file. There is no fucking reason at all I should have an FBI file simply for pointing out someone else is a serial killer. I know how much you corrupt judges just want a slam dunk case but listen up shit for brains. I'm not Maga and I'm not stupid. Do you really think if I was that serial killer that I would be begging you to investigate? That is not even funny. That kind of thinking is what is wrong with you all. You all have your head up trump's asshole and we all know by now what a huge bag faggot he is, he likes men in his asshole. That is what is hidden at Eppy Island. I knew the cabana boy and he was actually she, transexual. My bet is all senior judges in the us district courts were invited as frequent flyers. I wonder if that would include one senior judge Frank Volk of the US District Court in Charleston, WV. If Donald J. Trump appointed you then you are not allowed under our US Constitution to be involved in any decision making which includes bozo's name and you know it does because I hate Trump and when elected it's death row for that fuck for 7 years, then a public pay per view old fashion hanging, right there on the south lawn. That is what I would like to do with Tyrants. I bet I could have Putin on a stick, too so vote for me in 2028 as president. PS, I'm not a lawyer, I'm pro se, and you will start respecting me as of right now Judge No Balls. Recuse yourself or when all is said and done, I'll be suing you for all your marbles. I told you I am not afraid of your money, your politics or your power. You have none over me. I am the people; you work for me asshole so get to work and look up your own fucking case law. Pacer in my name and read it all. I am not going to babysit a

senior judge and teach him at the end of his career how to be honest. You blew it, your time has come today, Resign or retire before I have you impeached. Don't think I can, guess the fuck again.

## Concise Statement

You want a concise statement, well then, here you go. "You all helped a murderer get away with it because I was a progressive candidate for your WV senate and us president and obviously you don't agree with my politics because you tried to have me murdered by a deputy sheriff then your prosecutor blames me tried me and covered up my mom's murder and theft of my inheritance because of my religion that I don't believe in your god not do I believe trump is him, the pope, a the chosen one. He is a faggot and a tyrant. The sooner you all learn that the better for you. I just want my fucking money and justice toward all those who conspired to murder my mother steal my money, have me committed, imprisoned or killed by a dirty cop which you tried all 3 and were highly unsuccessful which shows just how stupid and childish you all are. Trump lost in 2020, and I will win in 2026 and 2028, and your GOP MAGA party is toast and so are all you who voted for that bozo."

## Written Objections

You all have contributed to a cop robbing me and getting away with because of your blind loyalty to a bozo like trump. Therefore, you are all felons and now I ask the court of appeals for the 4th circuit to award me $14,000,000 and welcome your next progressive congressman in Augusta County, Virginia.

The defendants' total defense should be stricken because the very 1st statement was an unfair attack on me and was totally wrong and not the case at all. everything following the=at 1st statement was to all back up that statement which was on false premise. I didn't begin this war, they

did. I never committed any fucking crimes, they did. You just chose to prosecute the victim of a deadly serious crime, and you used deadly force to enforce a bogus arrest warrant. even the 1st magistrate Kacie Moore is friends with Pauley's on facebook, like a said a huge conspiracy and now you are included so suck on that.

Pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and as outlined in more detail below, Defendants Sheriff Joseph H. Crawford ("Sheriff Crawford") and Kanawha County Prosecuting Attorney Debra Rusnak ("Prosecutor Rusnak"), hereby move to dismiss Plaintiff's Complaint with respect to all claims asserted against them.

### Federal Rules of Civil Procedure Rule 12.

(b) How to Present Defenses. Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion:

 (1) lack of subject-matter jurisdiction.

 (6) failure to state a claim upon which relief can be granted.

A motion to dismiss for "failure to state a claim upon which relief can be granted" is a request for a court to dismiss a lawsuit because the plaintiff's complaint doesn't show a valid legal basis for the claim. In essence, the defendant argues that even if all the facts in the complaint are true, they don't add up to a legal wrong that the court can address.

How the court decides:

The court typically accepts the facts in the complaint as true for the purpose of deciding the motion but doesn't have to accept legal conclusions. The court looks to see if the facts, if proven, would entitle the plaintiff to the relief they are seeking.

Example:

If someone sues their neighbor for being annoying, but there's no law against being annoying, a motion to dismiss for failure to state a claim would be appropriate because there's no legal basis for the claim.

What does it mean:

This type of motion, often filed under Federal Rule of Civil Procedure 12(b)(6), argues that the plaintiff hasn't presented enough facts to support their legal claim. It's not about whether the defendant did something wrong, but whether the allegations themselves, even if true, are legally sufficient.

So, although investigating murder and trying murder is the job of the sheriff and prosecutor them both failing to do so, is it not an issue? It should be a crime. I should be in criminal court. Why hasn't anyone at all questioned Pauley's about all the blood all over my mom's floor from her head being busted open at 3am? Why were the Pauley's there so quickly and never notifying me until days later? They said at the senior center months before this they were going to blame my mother's death on me, but I suppose I beat them to the punch.

If you allow these murderers to walk free that is on you. I will never quit seeking Justice even if I must take down the entire MAGA movement. I was a presidential candidate and WV Senate Candidate when all this occurred. Your cops tried to kill a candidate; they should be in prison. You can't do that. That is much more a case for election interference that that bozo trump claims. Not to mention Pauley's lawyer was no other than Anne B. Charnock and she refused to talk to me. I still don't have the deed to my mother's house, and probate was over last year in 2024. This is all corruption, and you are all up to your chins in it.

Oh well, come with the territory of being MAGA.

The defendant said "I. Background

This case arises primarily from Plaintiff's, Michael Ray Sigmon, violation of a protective order." That is a lie. The case began when my mother's head was busted wide open by Pauley's and the police I told a dozen times laughed at me, said they would not go in my mother's house because it was haunted. When I arrived in West Virginia is spring 2022 to live closer to my 87-year-old mother everywhere I went people called me queer, gay and a pervert. The only thing I can think of Donna Pauley and her fat mouth spread all these rumors about me to almost every store register clerk so no matter where I went people thought I was the serial killer "The Grinder" from Dundalk, MD the very same Willy Hughes case that you dismissed acting as his attorney when he never even answered the original summons and now it appears he is hiding because certified mail to his old address comes back as no one is home. I suppose he is on the run from me. I will have him found, although that is the job of the sheriff, is it not? Now that the sheriff knows a serial killer buried dead bodies in WV from MD, I assume they want me to tell them where Chilly Willy told me he buried them? Nope. Not unless you pay me $14,000,000. I just raised the amount of my claim. Keep it up and it will be $140,000,000 if you delay (dilatory). You are saying I am delayed? The Circuit Court case against the Pauley's has been sitting there for over a year. Get to work. You are lazy.

**Stop blaming the victims.**

III. Statement of Claim instead you skip to the relief. You referred to the wrong paragraph sis toes. You aren't a very good lawyer. Stick to the claim.

You forgot, I was threatened by police to be shot if I didn't say Trump won in 2020. My mom was murdered by Pauley's and my inheritance stolen. I was attacked in my own house and tasered by deputy sheriff HR

Shamblin whom I believe is the uncle of Charles D. Pauley, Jr. I've been harassed by the police. Ever since I arrived here to West Virginia to visit my 87-year-old dear mother, you all have treated me so ignorantly, murdered my mother, stole my inheritance and tried to kill me, have me committed or imprisoned. I found blood all over my mother's living room floor and asked a dozen Deputy Sheriff's to investigate and they gave me nothing but excuses why they would not, including threatening to shoot me if I called the police again. I was told lie after lie from Deputy Sheriff's.

page 3 of Defendants.

MEMORANDUM IN SUPPORT OF DEFENDANT JOSEPH H. CRAWFORD AND DEFENDANT RUSNAK'S MOTION TO DISMISS says

Relying on the claims, Plaintiff seeks to recover the following relief:

I want the Kanawha County Sheriff's to finally investigate my mother Mary's murder some 21 years ago. Wrong, the complaint does not read that, it clearly states 21 months. I motion the entire dismissal denied. If you can't get the facts correct, then your court in useless. Now, I know why you American MAGA fucksticks like to settle everything with guns because the govt is lazy, corrupt, often dead wrong and accepts bribes.

I have numerous civil suits I filed all dismissed for failure to state a claim. It's your go to when you get a bribe. Although every claim I brought was valid and the truth. You are the living GOP, not me. I a progressive and you are going to learn what that means. I always win. I am a sports champion who played soccer for this damn country overseas and this is the way you treat your sports heroes, by raping and murdering my girlfriends, my daughter, my mother now trying to murder me. I'm still standing here.

2 It is unclear whether Plaintiff is attempting to use these provisions merely in support of his claims or if he seeks to assert them as separate causes of action. To the extent that Plaintiff is asserting these statutes as separate causes of action, he is unable to do so. First, "[t]he violation of a federal criminal statute does not provide for a private cause of action." Staples v. Childress, No. 2:23-CV-00400, 2023 U.S. Dist. LEXIS 162162, at *21 (S. D. W. Va. Aug. 17, 2023). See also Federal Sav. & Loan Ins. Corp. v. Reeves, 816 F.2d 130 (4th Cir. 1987). Second, the plain language of some of the statutes cited by Plaintiff—specifically, 34 U.S.C. § 12601 (cited by Plaintiff as 42 U.S.C. § 14141) and 34 U.S.C. § 60901—clearly indicate that they do not provide a private right of action or are inapplicable here. See 34 U.S.C. § 12601(b) (emphasis added) (stating that "the Attorney General for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief" for violations of that statute). See also 34 U.S.C. § 60901 (emphasis added) (directing "the head of an agency" to "review the case file regarding a cold case murder").

First, get the fuck out of my brain. You have no right to twist my words around to benefit yourself. Not, you have no idea what I think or how I feel, and they are not always the same damn thing, which is why I feel anger, but I think I'm a calm man. Figure that one out hotshot.

What "review the case file regarding a cold case murder" It was not 21 years ago. It was in spring 2023. You are stupid.

I know there should have been criminal charges filed, but I never obtained a police report because they all protect themselves, don't they? Isn't that what you teach these bullies? I was told to go to the Sheriff to complain that the Sheriff won't investigate by a court clerk. How stupid is that person?

All you had to do was investigate the blood. You refused to do so, so now your entire WV Government is going down. I'm not playing around which is why I am running for president. That and to hang Trump after a trial that lasts till the end of day one. Two can play his game.

I don't give a damn about savings and loan case files or beverages. Find me some murder and rape cases ole six toes.

page 4 you said, "Critically, "[w]whether plaintiff has standing to sue is a threshold jurisdictional question." Id. "Article III of the Constitution provides that federal courts may consider only '[c]ases' and '[c]ontroversies.'""

### Losers

page 5 you said ""A court may grant a motion to dismiss if, after accepting all well-pleaded allegations in the plaintiff's complaint as true and drawing all reasonable factual inferences from those facts in the plaintiff's favor, it appears certain Case "that the plaintiff cannot prove any set of facts in support of his claim entitling him to relief.""

How am I supposed to gather evidence of murder? I am not a detective, which is why I asked the police and they refused. Why don't you just look at all the police body cams footages and see how these #prideboy and #queeranon Deputy Sheriff's bullied me and I will leave them two words in there because HR Shamblin said that they were them sent here by Trump to kill me. I never seen he was a cop so naturally I tried to prevent him from killing me. Is that a crime?

page 5, you said "A. Plaintiff has failed to assert a viable cause of action against Prosecutor Rusnak and Sheriff Crawford.

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, "[a] pleading that states a claim for relief must contain . . . a short and plain statement

of the claim showing that the pleader is entitled to relief[.]" Fed. R. Civ. P. 8(a)(2). In other words, Rule 8 "requires a showing of entitlement to relief."

Am I not entitled to my inheritance that my mother willed to me. The Pauley's stole it after killing mom, used a now Senator Anne B. Charnock and Deputy Sheriff HR Shamblin in their conspiracy to commit murder, theft then cover it up as well as filing fictitious criminal charges against me. I can use that would be frivolous now, because it fits toward you. I've never lied, and I am proud of that. I hate liars but I hate being called a liar the most and you all will pay for ruining my reputation and keeping me away from the kids and grandkids that I have never met because you corporate goons low to accept bribes and act like faggots.

### Short and plain statement? I have a lot more to say than that. Read it all.

page 6 you said "It is entirely unclear why Plaintiff is suing Prosecutor Rusnak. In fact, Plaintiff does not appear to make any specific allegations against Prosecutor Rusnak. Although one could speculate as to why Plaintiff has sued Prosecutor Rusnak"

I named the prosecutor because I asked him to investigate and they refused, same as Deputy Sheriffs and the Sheriff is their boss are they not? Instead, the prosecutor prosecutes me an innocent man and makes me agree to a suspended term when I never did a goddamn thing. I said something. Free speech. I never left my damn chair. You came to my house a dozen times, harassed me on ball field and tried to kill me. I think you all should face criminal charges.

page 6 you said, "Prosecutor Rusnak is entitled to absolute prosecutorial immunity." Got you there numbnuts Thomas Beckett vs The King of

England and he won. Our Laws are based on Old English Law is what I learned in Law School so take a big, tall dirty glass of shut up juice.

page 6 you said, "While Plaintiff makes numerous allegations concerning Deputy Shamblin and other unnamed deputies, Plaintiff fails to allege any wrongdoing by Sheriff Crawford." Now isn't every time a bullet is discharged from an officer's gun a record must be kept and given to the Sheriff? Do dirty cops have to explain to the Sheriff why they deserve to still be on the force while also serving as an insane militia in Trump's MAGA cult? They said Trump sent them to kill me. I think I will subpoena Trump soon. I bet you would like that, to see the faggot close up. Not me, I'll probably beat his fat mouth closed. I hate that fuck.

page 6 you said "Although Plaintiff appears to bring a cause of action for conspiracy, he does not state whether he is bringing such a claim pursuant to 42 U.S.C § 1983 or the common law. Regardless, Plaintiff has not presented any facts demonstrating that either Sheriff Crawford or Prosecutor Rusnak participated in any concerted action necessary to give rise to such a cause of action."

I never said them 2 conspired, you are a fucking asshole, stop mixing my words. I suggest you go back to the 5th grade and learn to read. I never even knew the names of the prosecutor and sheriff before my claim. I don't know all 12 of the deputy sheriff's names either. Bite this one, I am accusing your now Senator Anne B. Charnock of conspiracy to cover up a murder and theft. She was Pauley's lawyer who always hung up on me.

**Because she was hiding something.**

Yet the prosecutor and sheriff know now, yet still no murder investigation or finding my inheritance. Lazy. You deserve to pay me 10 times as much. $14,000,000 because even after being sued you still

refuse to do your jobs and investigate a presidential candidate's mother's murder for hire. That is going to look bad on your GOP come Nov '28, lmao.

Page 7, you said "9. Additionally, the Court noted that the plaintiff had "made no attempt to raise [her] claims in state court by using available procedures to challenge the protective order." Id. at *10. Moreover, the plaintiff had "not explained why th[o]se avenues to challenge the protective order [were] inadequate to allow her to raise her federal constitutional claims[.]" Id."

Liar, I tried filing in Circuit Court, Senior Judge banned me from filing pro se. I filed against Pauley's, so don't blame me if all your courts are corrupt. My question is, who is affording all these bribes? I'll be working for Elon Musk soon so we might discuss that bribe to Frank Volk the Trump appointed Judge. Yeah, I did my homework.

page 8, you said "Here, Plaintiff is facing ongoing state criminal charges for violations of a protective order and fleeing an officer. See Exhibit A. Plaintiff seeks to have the "criminal and civil charges against [him] dismissed and [his] record expunged immediately" and his constitutional rights "returned to" him. ECF No. 2 at 28. Plaintiff also asserts that "calling [his] mother's murderer names on social media is protected free speech." Id. at 29. However, Plaintiff cannot "invoke this Court's jurisdiction as a means of collateral attack against" his pending state criminal charges'

Again, with the allegations that this is a defense against my state criminal charges. Shove that logic up your ass faggot. I never said that. Tell me what I said now. That is a sin. Now you made me mad.

page 8 you said, "According to Article III of the United States Constitution, "federal courts may consider only '[c]ases' and '[c]ontroversies.'""

Nowhere do them words appear together in that Art III, Christ, you can't even quote the US Constitution correctly, you really and a fucking moron ole six toes.

### Lack of jurisdiction? That is the 1st mention of that.

The cause of the action was they failed to investigate mom's murder and since I don't know the cops' names, the sheriff is responsible for the deputy's actions. I think all the cops should be in prison but fired and stripped of their guns and badges I bet still hasn't been done yet, because you are going to accept further bribes and cover their asses like you always do, except this time you have met your match.

I am not going to stand here anymore and allow you to undermine my US Constitution to impose your will on me. The courts work for me, not the other way around, the same as the politicians and the executive branch and you are all corrupt.

That is why I'm running for office but not here in WV anymore. Fuck your state, you can suffer, and I will still get Anne B. Charnock to resign before her 1st year is over. Trust me, I never lie.

I got her dead to right.

She is a fool.

You also said,

""Lack of jurisdiction means a court does not have the legal authority to hear a case or issue a ruling."

Then what court does? Then transfer it there and stop wasting everyone's time with your dilatory behavior. Right back at you fuckstick"

## Federal Rules of Civil Procedure Rule 12.

## How to Present Defenses

(b) How to Present Defenses. Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion:

(1) lack of subject-matter jurisdiction.

(6) failure to state a claim upon which relief can be granted.

A motion to dismiss for "failure to state a claim upon which relief can be granted" is a request for a court to dismiss a lawsuit because the plaintiff's complaint doesn't show a valid legal basis for the claim. In essence, the defendant argues that even if all the facts in the complaint are true, they don't add up to a legal wrong that the court can address.

How the court decides:

The court typically accepts the facts in the complaint as true for the purpose of deciding the motion but doesn't have to accept legal conclusions. The court looks to see if the facts, if proven, would entitle the plaintiff to the relief they are seeking.

Example:

If someone sues their neighbor for being annoying, but there's no law against being annoying, a motion to dismiss for failure to state a claim would be appropriate because there's no legal basis for the claim.

What it means:

This type of motion, often filed under Federal Rule of Civil Procedure 12(b)(6), argues that the plaintiff hasn't presented enough facts to

support their legal claim. It's not about whether the defendant actually did something wrong, but whether the allegations themselves, even if true, are legally sufficient.

So although investigating murder and trying murder is the job of the sheriff and prosecutor them both failing to do so is not an issue? It should be a crime. I should be in criminal court. Why hasn't anyone at all even questioned the Pauley's about all the blood all over my mom's floor from her head being busted open at 3am? Why were the Pauley's there so quickly and never notified me until days later? They said at the senior center months before this they were going to blame my mother's death on me but I suppose I beat them to the punch.

If you allow these murderers to walk free that is on you. I will never quit seeking Justice even if I have to take down the entire MAGA movement. I was a presidential candidate and WV Senate Candidate when all this occurred. Your cops tried to kill a candidate, they should be in prison. You can't do that. That is mush more a case for election interference that that bozo trump claims. Not to mention the Pauley's lawyer was no other than Anne B. Charnock and she refused to talk to me. I still don't have the deed to my mother's house, and probate was over last year in 2024. This is all corruption and you all are up to your chins in it.

Oh well, come with the territory of being MAGA.

The defendant said "I. Background

This case arises primarily from Plaintiff's, Michael Ray Sigmon, violation of a protective order." That is a lie. The case began when my mother's head was busted wide open by the Pauley's and the police I told a dozen times laughed at me, said they would not go in my mother's house because it was haunted. When I arrived in West Virginia is spring 2022 to live closer to my 87 year old mother everywhere I went people

called me queer, gay and a pervert. The only thing I can think of Donna Pauley and her fat mouth spread all these rumors about me to almost every store register clerk so no matter where I went people thought I was the serial killer "The Grinder" from Dundalk, MD the very same Willy Hughes case that you dismissed acting as his attorney when he never even answered the original summons and now it appears he is hiding because certified mail to his old address comes back as no one is home. I suppose he is on the run from me. I will have him found, although that is the job of the sheriff is it not? Now that the sheriff knows a serial killer buried dead bodies in WV from MD I assume they want me to tell them where Chilly Willy told me he buried them? Nope. Not unless you pay me $14,000,000. I just raised the amount of my claim. Keep it up and it will be $140,000,000 if you delay (dilatory). You are saying I delay? The Circuit Court case against the pauley's has been sitting there for over a year. Get to work. You are lazy.

## Article III

Section 2

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have

original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

The judicial Power shall extend to all Cases although it appears In all Cases...in which a State shall be Party, the supreme Court shall have original Jurisdiction.

Great, move it to the SCOTUS if you dare.

page 8 you said "Article III, a plaintiff must plausibly allege: (1) 'an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision.'"

Funny how I don't read that in Art III anywhere. Your ambiguous bullshit don't float with me fuckstick.

On page 8 you said "A claim may be dismissed for lack of standing when a "court cannot order [a plaintiff's] requested relief without usurping 'the powers of the political branches.'"

u·surp

verb

gerund or present participle: usurping

take (a position of power or importance) illegally or by force.

You mean like Jan 6th when MAGA not Antifa tried to kill Mike Pence and take over Government?

So you think I'm trying to take down all 3 branches of Government? WTF, why not.

On page 9, ""I want the Kanawha County Sheriff's to finally investigate my mother Mary's murder some 21 years ago."

Again shit for brains reread the complaint I said 21 months, then you get the judge to say 21 years, proving he doesn't even read my filings because you bribed him old six toes.

on page 9 you said "As discussed above, the Court should dismiss any issues related to Plaintiff's criminal charges pursuant to the Younger-abstention doctrine"

None are about my criminal charges asshole, I told you it was as setup. I was framed. You tell me Einstein where I said I was trying to escape criminal charges. That is all your bullshit. not mine, stick to the facts of this case. You are loosing bad now. Like I said, when done. I'm suing your law firm. No way in hell you are going to get away with treating me like this.

I saved a baby's life and brought her back to life from a serial killer? What have you ever done your entire life six toes that even comes close to that? I bet you are an Eppy Island frequent flyer. You are all homos in my book. MAGA sucks dicks so does Trump. He admits it it. Lmao. You voted for him, that is even funnier. You all did, you fucking assholes. All this shit going on in this country and around the world is due to stupid voters like yourself who thinks you learn everything about people in a book. Not a fucking chance. I've been around. You grew up in your dad's closet with a pencil and law book. I feel sorry for you...not! Fuck you! Give me my goddamn money.

page 9 you said "Specifically, the Court cannot require a state agency to undertake a criminal investigation"

Even if true, the state of wv, 2 senators, a sheriff and prosecutor all know now of a suspected murder but then again just like in the case of 40+ murders buried in WV you aren't going to lift a finger to do shit unless it's to accept bribes. I know how you all work not thanks to The Young Turks. They taught me to believe in the truth finally after decades of people lying to me about rape and murders. Now, it's all in your hands. Not yours six toes, the court.

on page 9 you said "Further, Plaintiff has not presented any facts demonstrating that he has been prohibited from leaving West Virginia or running for political office."

Again, wrong numbnuts. I couldn't leave the state because of the criminal charges. Do you not know how the laws work in this state? Damn, you must be a intern six toes. Are you a paralegal? Get yourself a competent lawyer for when I sue you or I might take you broke. Then you see how I feel losing everything thanks to people like you who are fish hand faggots who push money around and visit places like Eppy Island because women can't stand men who love money. They think it means you love money more than them, so either they use you for money or they want nothing to do with you rich boys because eventually you all turn faggot because you have to pay for transexual cabana boys on Eppy Island to give your 3 inch mushroom cock a hand job with boxing gloves on.

I could not run for office because your deputy sheriff said he would blow me head off. It's not worth loosing my head over, or is it?

Article III

Section 2

The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

The Judicial Power shall extend to all Cases although it appears in all Cases...in which a State shall be Party, the supreme Court shall have original Jurisdiction.

Nowhere is there does it contains "federal courts may consider only". I am not going back to law school just to teach you how to research your case six toes.

I be damn, in all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. The SCOTUS has original jurisdiction? Now you are in trouble. I warned you.

My claim was against the State of West Virginia and those 4 defendants. So, you can't just change the caption and dismiss West Virginia like that. It's on now.

Great, move it to SCOTUS if you dare.

page 8 you said "Article III, a plaintiff must plausibly allege: (1) 'an injury in fact, (2) that is traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision.'"'"

Funny how I didn't read that in Art III anywhere. Your ambiguous bullshit doesn't float with me fuckstick.

On page 8 you said, "A claim may be dismissed for lack of standing when a "court cannot order [a plaintiff's] requested relief without usurping 'the powers of the political branches.'"'

u·surp

verb

gerund or present participle: usurping

take (a position of power or importance) illegally or by force.

You mean like Jan 6th when MAGA not Antifa tried to kill Mike Pence and take over Government?

So you think I'm trying to take down all 3 branches of Government? WTF, why not.

On page 9, ""I want the Kanawha County Sheriff's to finally investigate my mother Mary's murder some 21 years ago."

Again, shit for brains reread the complaint I said 21 months, then you get the judge to say 21 years, proving he doesn't even read my filings because you bribed him old six toes.

on page 9 you said "As discussed above, the Court should dismiss any issues related to Plaintiff's criminal charges pursuant to the Younger-abstention doctrine"

None are about my criminal charge's asshole, I told you it was as setup. I was framed. You tell me Einstein where I said I was trying to escape criminal charges. That is all your bullshit. Not mine, stick to the facts of this case. You are losing badly now. Like I said, when done. I'm suing your law firm. No way in hell you are going to get away with treating me like this.

I saved a baby's life and brought her back to life from a serial killer? What have you ever done with your entire life six toes that even comes close to that? I bet you are an Eppy Island frequent flyer. You are all homos in my book. MAGA sucks dicks so does Trump. He admits it. Lmao. You voted for him, that is even funnier. You all did, you fucking assholes. All this shit going on in this country and around the world is due to stupid voters like yourself who think you learn everything about people in a book. Not a fucking chance. I've been around. You grew up in your dad's closet with a pencil and law book. I feel sorry for you...not! Fuck you! Give me my goddamn money.

page 9 you said "Specifically, the Court cannot require a state agency to undertake a criminal investigation"

Even if true, the state of WV, 2 senators, a sheriff and prosecutor all know now of a suspected murder but then again just like in the case of

40+ murders buried in WV you aren't going to lift a finger to do shit unless it's to accept bribes. I know how you all work not thanks to The Young Turks. They taught me to believe in the truth finally after decades of people lying to me about rape and murders. Now, it's all in your hands. Not your six toes, the court.

On page 9 you said "Further, Plaintiff has not presented any facts demonstrating that he has been prohibited from leaving West Virginia or running for political office."

Again, wrong numbnuts. I couldn't leave the state because of the criminal charges. Do you not know how the laws work in this state? Damn, you must be a intern six toes. Are you paralegal? Get yourself a competent lawyer for when I sue you or I might take you broke. Then you see how I feel losing everything thanks to people like you who are fish hand faggots who push money around and visit places like Eppy Island because women can't stand men who love money. They think it means you love money more than them, so either they use you for money or they want nothing to do with you rich boys because eventually you all turn faggot because you have to pay for transexual cabana boys on Eppy Island to give your 3-inch mushroom cock a hand job with boxing gloves on.

I could not run for office because your deputy sheriff said he would blow my head off. It's not worth losing my head over, or is it?

page 10 you said "IV. Conclusion

To the extent that the Court cannot provide Plaintiff's requested relief, it should dismiss Plaintiff's Complaint for lack of jurisdiction. Further, the Court should dismiss any claims related to Plaintiff's ongoing criminal proceedings pursuant to the Younger-abstention doctrine. Finally, the Court should dismiss Plaintiff's Complaint against Sheriff Crawford and

Ms. Rusnak because Plaintiff has not asserted any facts sufficient to establish a cause of action against them."

page 10 you said "IV.

## Election Interference

What happened to see something, say something

I demand a reason, excuse or distraction from the sheriff why nobody dug on the dead bodies from the grinder?

Prosecute that faggot and apologize to me sir

Finally, it was Christa Lynn Felicia who asked me to save her mother Melissa Ann Hughes from her husband the 'serial killer' who told me he wanted to be remembered at "the Grinder'. It's him that admitted to me he buried 40 dead bodies under the Bella Wood Floor in Paw Paw, WV and his wife Melissa and step dad Sherwood Ramsey both yelled at Chilly Willy for bragging about it to me, probably because they already knew that Willy Hughes was raping and murdering for quite some time and I al willing to believe they are both accomplishes since I found his step dad Sherwood Ramsey and his wife Diane, Melissa's parents at the Food Lion and Diane just had dildo shaped food in her cart for the toddlers assholes before they kill them after raping them and Sherwood parked in the handicap spot with a handicap plaquard holding candy out his drivers window trying to atrack toddlers and pointing to his shotgun on the back window gun rack with the shit still on the barrel.

Want me to subpoena at dozen or so wives shopping that watched me run that mass murderer away from the Food Lion chasing his pickup truck on foot? Remember at 65, I' still fast because like I said, I never lie. Living the truth is so much more fun and I was a former World Class Soccer Player and I hate being called a liar by any fish hand fsggot rich

boy and that goes for the lawyer,s politicains in this case as well as any Trump appointed judge.

So, at this point I demand that Frank Vok recuse himself from this case and anyone he appointed be fired. They are corriupt and bias. Proving my case against our do-nothing west virginia government. What is the new gob Patrick Morrisy most concerned with right now. Digging up 40+ dead bodies in Paw Paw, WV and arresting his states wort serial killer ever, that a dozen live prostitutes would say who escaped the faggot Chilly Willy's grip or maybe even more than that. Maybe out of all the big faggots which would include Trump and all his #prideboy Deputy Sheiff's and his #queeranon ICE agents would say, too. No, he is probably more concerned about trans kids in sports, because that is what MAGA does. They are monkeys, monkey see, monkey do. Stop copying faggots, cause let me remind you that Donald J. Trump and William Frederick Hughes, Sr both act the same. The more you make me type, the more I'm going to tear down your entire GOP party.

I'm starting my own party and you all are not invited.

"The New Mountain Progressive American Crash Party" for those who still like to crash parties. Elon Musk paid me the $800,000 proving your court got it wrong. He even admitted that he bribed Frank Volk the senior judge although that's just hearsay isn't it bigshot. Although I just lied, prove it.

So, sue me. I don't have any money yet and you rich boy faggots are going to steal stealing from eachother my money. I pay insurance, not you. When I done, and elected, I will go over all you judges bank accounts 4ever and find all your corruption and have you all arrested, charged, convicted then punishment shall be deportation. The 14th amendment, what is good for the goose if good for you ganders.

I just chose a Columbian Chain Gang to home you all because I have a girlfriend there who needs a small home business keeping a watchful eye on horrible Americans who are white collar criminals who will all learn soon that even white collar crime don't pay, But it will pay me and I'll give it all back to the people by building new factories for our "Made in USA" solar panels and wind turbines all paid for by the likes of you corrupt people in power who just love money and fuck everyone else over to get rich when they are supposed to be the people you serve. There is no god who made all this just for you. Get that through all your thick skulls or I will hammer it home.

### Fuck you all

You all have made me feel like not a father to my daughter who I told you 1,000 fucking times was murdered and raped by a serial killer at birth and all you fucksticks can do is exactly what the fuck that huge pussy pocket bag faggot would do or tell you to do so you can be Maga. Fuck Maga and fuck you judge. I hate your fucking guts now and you just hit my shit list or all the stupid Maga homos I'm deporting to a Columbian Chain Gang on my 1st day of president. I will hang all former dictators and tyrants in this country and the rest of the world has 7 seconds to end all wars or u2 all will be terminated with a fly sized temu drone carrying my new tiny nuke just to take out one tyrant at a time. It won't matter where you hide, it's programmed to find you.

Try to track a fly and shoot it down, ha.

There is a new world order soon approaching and none of you are invited unless you say mother may I.

punitive damages for the 3 1/2 years I have been held prisoner

dragging my mother's name through the mud

dad, too

being called a frivolous liar once again

trying to kill a us presidential candidate

election interference

starving grandkids

not seeing my grandkids because of you

extra damages for having to see that faggot trump again for 4 more years when I could have beaten him

You made me loose by threatening me with your prideboy and queeranon cops

you can't just break into someone's house and try to kill them because they posted a naughty word on facebook

We are not 5th graders

You all are going to learn once and for all to stop blaming victims for anything, period

Your Senator Anne B. Charnock is toast

What happened to see something, say something

I demand a reason, excuse or distraction from the sheriff why nobody dug on the dead bodies from the grinder?

Prosecute that faggot and apologize to me sir

Finally, it was Christa Lynn Felicia who asked me to save her mother Melissa Ann Hughes from her husband the 'serial killer' who told me he wanted to be remembered at "the Grinder". It's him that admitted to me he buried 40 dead bodies under the Bella Wood Floor in Paw Paw, WV

and his wife Melissa and step dad Sherwood Ramsey both yelled at Chilly Willy for bragging about it to me, probably because they already knew that Willy Hughes was raping and murdering for quite some time and I al willing to believe they are both accomplishes since I found his step dad Sherwood Ramsey and his wife Diane, Melissa's parents at the Food Lion and Diane just had dildo shaped food in her cart for the toddlers assholes before they kill them after raping them and Sherwood parked in the handicap spot with a handicap placard holding candy out his driver's window trying to attract toddlers and pointing to his shotgun on the back window gun rack with the shit still on the barrel.

Want me to subpoena at dozen or so wives shopping that watched me run that mass murderer away from the Food Lion chasing his pickup truck on foot? Remember at 65, I' still fast because like I said, I never lie. Living the truth is so much more fun and I was a former World Class Soccer Player, and I hate being called a liar by any fish hand faggot rich boy and that goes for the lawyer's politicians in this case as well as any Trump appointed judge.

So, at this point I demand that Frank Volk recuse himself from this case and anyone he appointed be fired. They are corrupt and biased. Proving my case against our do-nothing West Virginia government. What is the new gob Patrick Morrisey most concerned with right now. Digging up 40+ dead bodies in Paw Paw, WV and arresting his states wort serial killer ever, that a dozen live prostitutes would say who escaped the faggot Chilly Willy's grip or maybe even more than that. Maybe out of all the big faggots which would include Trump and all his #prideboy Deputy Sheriff's and his #queeranon ICE agents would say, too. No, he is probably more concerned about trans kids in sports, because that is what MAGA does. They are monkeys, monkey see, monkey do. Stop copying faggots, cause let me remind you that Donald J. Trump and

William Frederick Hughes, Sr both act the same. The more you make me type, the more I'm going to tear down your entire GOP party.

I'm starting my own party, and you are not all invited.

"The New Mountain Progressive American Crash Party" for those who still like to crash parties. Elon Musk paid me $800,000 proving your court got it wrong. He even admitted that he bribed Frank Volk, the senior judge although that's just hearsay isn't it bigshot. Although I just lied, prove it.

So, sue me. I don't have any money yet and you rich boy faggots are going to steal stealing from each other my money. I pay insurance, not you. When I am done, and elected, I will go over all you judge bank accounts 4ever and find all your corruption and have you all arrested, charged, convicted, then punishment shall be deportation. The 14th amendment, what is good for the goose if good for you ganders.

I just chose a Columbian Chain Gang to home you all because I have a girlfriend there who needs a small home business keeping a watchful eye on horrible Americans who are white collar criminals who will all learn soon that even white collar crime don't pay, But it will pay me and I'll give it all back to the people by building new factories for our "Made in USA" solar panels and wind turbines all paid for by the likes of you corrupt people in power who just love money and fuck everyone else over to get rich when they are supposed to be the people you serve. There is no god who made all this just for you. Get that through all your thick skulls or I will hammer it home.

### Motion for punitive damages

You insulted me, now you will pay.

### Pain and Suffering

$14,000,000

### Pain and Suffering Punitive Damages for family

$140,000,000

### Certificate of Service

Copies to all parties July 22, 2025

*Michael Sigmon*

Michael Ray Sigmon

100 Davidson Avenue

Charleston, WV 25306


Joseph H. Crawford, and

Debra Rusnak

By Counsel:

Michael D. Mullins [WVSB #7754] Michael.Mullins@steptoe-johnson.com

S. Caleb Davis [WVSB #13833] Steven.Davis@steptoe-johnson.com

Carrington N. Napier [WVSB #14471] Carrington.Napier@steptoe-johnson.com

STEPTOE & JOHNSON PLLC 707 Virginia Street, East, 17th Floor

Of Counsel Post Office Box 1588

Charleston, WV 25326-1588

Telephone: 304-353-8000 Facsimile: 304-353-8180

In the United States District Court for the

Southern District of West Virginia

*Michael Ray Sigmon*

*v. 2-25-cv-00029*

*West Virginia, et al*

<u>Table of Contents</u>

Page                          Subject

1.      Answer to findings and recommendations

3.      Concise Statement

3.      Written Objections

4.      Federal Rules of Civil Procedure Rule 12

6.      Stop blaming the victims.

9.      Losers

10.     Short and plain statement? I have a lot more to say than that.

11.     Because she was hiding something

13.     Lack of jurisdiction? That is the 1st mention of that.

13.     Civil Procedure Rule 12. How to Present Defenses

16.     Article III

24.     Election Interference

26.     Fuck you all

29.     Motion for punitive damages

29.     Pain and Suffering

30.     Pain and Suffering Punitive Damages for family

30.     Certificate of Service