IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL RAY SIGMON,

    Plaintiff,

v.                                       CIVIL ACTION NO. 2:25-cv-29
                                              (Judge Goodwin)

JIM JUSTICE,
JOE MANCHIN,
DEBRA RUSNAK, and
JOSEPH H. CRAWFORD

    Defendants.

**DEFENDANT JOSEPH H. CRAWFORD AND DEFENDANT DEBRA RUSNAK'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDATION**

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, Defendants Sheriff Joseph H. Crawford ("Sheriff Crawford") and Kanawha County Prosecuting Attorney Debra Rusnak ("Prosecutor Rusnak") (collectively, "these Defendants"), by counsel, hereby submit this Response opposing Plaintiff's objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation.

In his objections, Plaintiff continues to engage in the behavior that earned him a recommended dismissal in the first place—using court filings as a platform to "express[] his frustration and anger against the individuals named in his Complaint, as well as against state and federal officials, in a profanity-laced tirade." Proposed Findings and Recommendation, ECF No. 18. at 3.

Throughout this litigation, Magistrate Judge Tinsley repeatedly informed Plaintiff that his filings needed to substantively address Defendants' motion to dismiss (ECF No. 13) or he would face dismissal:

> Plaintiff is hereby **FURTHER NOTIFIED** that, in the event he fails to dispute or oppose the Defendants' motion [to dismiss], the undersigned **WILL** likely recommend dismissal for, among other things, failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure—or, that judgment be granted to those Defendants, and Plaintiff['s] claims against them be dismissed.

Order and Notice, ECF No. 13 at ¶ 5.

> Plaintiff is hereby **NOTIFIED** that the Court will not tolerate any further redundant, immaterial, impertinent, or scandalous argument, and failure to address the factual and legal bases for his claims in accordance with the Court's directive herein **WILL** result in the undersigned's recommendation that this civil action be dismissed and a prefiling injunction be entered against the Plaintiff as a vexatious litigant.

Order to Show Cause, ECF No. 16 at 2.

Instead, Plaintiff's filings continued to focus on airing his grievances without responding to Defendants' arguments: "[Plaintiff's] response does not address the arguments set forth in Defendants' motion whatsoever." Proposed Findings and Recommendation, ECF No. 18. at 3. Accordingly, Magistrate Judge Tinsley concluded that dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure was appropriate. *Id.* at 9.

Now, objecting to that recommendation, Plaintiff has presented another 31-page filing replete with threats, profanity, and insults. *See generally* Answer to Findings and Recommendation, ECF No. 19. Like his previous filings, Plaintiff fails to set forth any basis to oppose the adoption of Magistrate Judge Tinsley's Proposed Findings and Recommendation or why his lawsuit should not be dismissed. Accordingly, the Court should adopt the Proposed Findings and Recommendation dismissing Plaintiff's Complaint against these Defendants with prejudice.

Joseph H. Crawford, and
Debra Rusnak

**By Counsel:**

/s/ *Michael D. Mullins*
Michael D. Mullins [WVSB #7754]
S. Caleb Davis [WVSB #13833]
707 Virginia Street, East, 17th Floor
Post Office Box 1588
Charleston, WV 25326-1588
Telephone:   304-353-8000
Facsimile:    304-353-8180
Michael.Mullins@steptoe-johnson.com
Steven.Davis@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**MICHAEL RAY SIGMON,**

    **Plaintiff,**

v.                                                 **CIVIL ACTION NO. 2:25-cv-29**
                                                                                 **(Judge Goodwin)**

**JIM JUSTICE,**
**JOE MANCHIN,**
**DEBRA RUSNAK, and**
**JOSEPH H. CRAWFORD**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>8th</u> day of <u>August</u> 2025, I filed the foregoing **"DEFENDANT JOSEPH H. CRAWFORD AND DEFENDANT DEBRA RUSNAK'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDATION"** via the CM/ECF system and also sent a copy of the same to the following parties of record via First Class United States Mail, postage prepaid:

Michael Ray Sigmon
100 Davidson Avenue
Charleston, WV 25306
*Plaintiff (pro se)*

                                                                      /s/ *Michael D. Mullins*